UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 14, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

XAVIER ANTHONY ROBERTS,

    Defendant.

Case No. 2:24-mj-00140-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>XAVIER ANTHONY ROBERTS</u> , Case No. <u>2:24-mj-00140-AC</u> , Charge <u>18 USC § 2114</u>, from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

       X   Unsecured Appearance Bond $   10,500.00

    \_\_\_\_\_  Appearance Bond with 10% Deposit

    \_\_\_\_\_  Appearance Bond with Surety

    \_\_\_\_\_  Corporate Surety Bail Bond

    \_\_\_\_\_  (Other):   <u>Defendants release is delayed until November 25, 2024 at 9:00 AM.</u>

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 14, 2024, at 3:00 PM.

By:  *Allison Claire*

Magistrate Judge Allison Claire