HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
XAVIER ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:24-CR-0309-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| XAVIER ROBERTS, | |
| Defendant. | District Judge William B. Shubb |
| | New Date: April 21, 2025 |
| | Time:     10:00 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant XAVIER ROBERTS, that the status conference currently set for Tuesday, February 18, 2025, be continued to Monday, **April 21, 2025 at 10:00 a.m**., and that time be excluded for preparation of counsel.

The Government has provided hundreds of documents and dozens of video files for Defense counsel's review in this case. Since the start of the case, Defense counsel has been reviewing and analyzing the above, conducting legal research, meeting with her client, and otherwise preparing for trial. The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with her client and the Government, and continue to prepare. The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stipulation/Order – Xavier Roberts                    1

Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of April 21, 2025, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: February 11, 2025

              HEATHER E. WILLIAMS
              Federal Defender

              /s/ Rachelle Barbour
              RACHELLE BARBOUR
              Attorney for Defendant
              XAVIER ROBERTS

Date:  February 11, 2025      MICHELE BECKWITH
              Acting United States Attorney

              /s/ Heiko Coppola
              HEIKO COPPOLA
              Assistant U.S. Attorney
              Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated:  February 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE