1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | RACHELLE BARBOUR, #185395
Assistant Federal Defender
3 | OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
4 | Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
XAVIER ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No:  2:24-CR-0309-WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND EXCLUDE |
| XAVIER ROBERTS, | ) TIME |
| Defendant. | ) District Judge William B. Shubb |
| | ) New Date: August 4, 2025 |
| | ) Time:         10:00 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant XAVIER ROBERTS, that the status conference currently set for Monday, June 30, 2025, be continued to Monday, **August 4, 2025 at 10:00 a.m**., and that time be excluded for preparation of counsel.

The Government has provided hundreds of documents and dozens of video files for Defense counsel's review in this case.  Since the start of the case, Defense counsel has been reviewing and analyzing the above, conducting legal research, meeting with her client, and otherwise preparing for trial.  The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with her client and the Government, and continue to prepare.  The parties expect to finalize a plea agreement in the additional time and provide it to the Court for its review.  The parties believe that failure to grant the requested continuance

Stipulation/Order – Xavier Roberts           1

would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of August 4, 2025, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: June 17, 2025

>HEATHER E. WILLIAMS
>Federal Defender
>
>/s/ Rachelle Barbour
>RACHELLE BARBOUR
>Attorney for Defendant
>XAVIER ROBERTS

Date:  June 17, 2025

>MICHELE BECKWITH
>Acting United States Attorney
>
>/s/ Heiko Coppola
>HEIKO COPPOLA
>Assistant U.S. Attorney
>Attorney for the United States

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated:  June 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE