HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
XAVIER ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:24-CR-0309-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND [proposed] ORDER TO ADD PRETRIAL RELEASE CONDITION |
| XAVIER ROBERTS, | |
| Defendant. | |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant XAVIER ROBERTS, with the agreement of the Pretrial Services Office, that the following condition be added to Mr. Roberts' conditions of pretrial release:

You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Jeremy D. Peterson, Courtroom 9, as directed by a pretrial services officer.

//

//

Date: December 8, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
XAVIER ROBERTS

Date: December 8, 2025

ERIC GRANT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for the United States

I agree with this additional condition.

Date: 12-3-25

NANCY RAMIREZ
Surety

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adds the above condition of pretrial release.

DATED: December 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE