IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

XAVIER ANTHONY ROBERTS,

Defendant.

Case №: 2:24-cr-00309-WBS

**O R D E R
WITHDRAWING THE FEDERAL
DEFENDER
AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

Dated:  April 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE