MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
XAVIER ANTHONY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:24-cr-00309-WBS |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE; ORDER |
| | ) |
| XAVIER ANTHONY ROBERTS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Xavier Anthony Roberts, that the previously-scheduled status conference  date of May 18, 2026, be continued to **August 24, 2026**, **at 10:00 a.m.** or such time thereafter as the Court is available.

The requested continuance will provide defense counsel, who has only recently taken the case over from the Federal Defender, with the additional time needed to obtain and review all discovery, resume plea negotiations on Mr. Robert's behalf, and obtain records related to Mr. Roberts' treatment and efforts at post-offense rehabilitation that will be relevant for sentencing, should this matter resolve. The government joins in this stipulation for the reasons set forth above.

The parties further agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18,

2026 to August 24, 2026, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  May 13, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
XAVIER ANTHONY ROBERTS

Dated: May 13, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The status conference previously set for May 18, 2026, is hereby continued to **August 24, 2026, at 10:00 a.m.** The time period of May 18, 2026 to August 24, 2026, inclusive, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Dated:  May 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference

2