MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
XAVIER ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>XAVIER ROBERTS,<br>Defendant. | Case No. 2:24-cr-00309-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Grant, through Assistant United States Attorney Heiko P. Coppola, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Xavier Roberts, that the previously-scheduled status conference on August 24, 2026, be continued to **November 16, 2026**, at **10:00 a.m.** or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to investigate mitigating information and obtain records, and to provide them to the government in the interest of advancing plea negotiations. The defense also requests additional time raise additional discovery requests and to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion.

Based on the foregoing the parties agree that the ends of justice served by resetting the hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through November 16, 2026, is excludable pursuant to 18

U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: August 17, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
XAVIER ROBERTS

Dated: August 17, 2026

ERIC GRANT
United States Attorney

/s/ *Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for August 24, 2026, is hereby continued to November 16, 2026, at 10:00 a.m. Time is hereby excluded up to and including November 16, 2026.

Dated: August 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE