MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
XAVIER ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>XAVIER ROBERTS,<br>Defendant. | Case No. 2:24-cr-00309-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Heiko P. Coppola, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Xavier Roberts, that the previously-scheduled status conference date of November 16, 2026, be continued to **February 16, 2027**, at 10:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to work with an expert to obtain a mental health evaluation and treatment recommendations, and to gather all necessary records to support the evaluation. Additionally, the continuance will provide Mr. Roberts with the time necessary to review the government's pending plea offer and written agreement, and to discuss how he might proceed in this case with his counsel. Counsel is also needs time to review additional discovery provided by the government on October 22, 2026 and otherwise prepare for trial.

Based on the foregoing the parties agree that the ends of justice served by resetting the

hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through February 16, 2027, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T-4. The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: November 3, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
XAVIER ROBERTS

Dated: November 3, 2026

ERIC GRANT
United States Attorney

/s/ *Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for November 16, 2026, is hereby continued to February 16, 2027, at 10:00 a.m. Time is hereby excluded up to and including February 16, 2027.

Dated: November 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE